Wednesday, September 21, 1988

## MOTION DOCKET

**87-664.** State v. Bobo. *Cuyahoga County,* No. 51883. Reported at 37 Ohio St. 3d 177, 524 N.E. 2d 489. On motion for stay. Stay denied. On motion for bond. Motion denied.

**87-891.** State v. Brown. *Hamilton County,* No. C-850434. Reported at 38 Ohio St. 3d 305, 528 N.E. 2d 523. On motion for stay. Motion granted.

Locher and Douglas, JJ., would grant the stay pending appeal to the United States Supreme Court only.

**88-351.** State v. Cooey. *Summit County,* No. 12943. On motion for presentence investigation report. Motion granted.

Holmes and Wright, JJ., dissent.

**88-605.** Cleveland Elec. Illum. Co. v. Pub. Util. Comm.

**88-813.** Ohio Edison Co. v. Pub. Util. Comm.

**88-827.** Concerned Citizens of Lake Cty. v. Pub. Util. Comm.

**88-829.** Consumers' Counsel v. Pub. Util. Comm.

Appeals from the Public Utilities Commission of Ohio, No. 85-521-EL-COI. On motion for protective order. Motion granted.

**88-1124.** State, ex rel. Cincinnati Enquirer, v. Ringland. *Clermont County,* No. CA88-04-033. On motion to transfer sealed transcript. Motion granted.

**88-1165.** State, ex rel. Ashbrook, v. Brown. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus and was considered in a manner prescribed by law.

IT IS ORDERED by the court, *sua sponte,* that respondent, Board of Elections of Licking County, count all absentee ballots which were cast in the 1988 primary election for Carl Wheeler, running as the unopposed Republican Party candidate for the office of County Commissioner of Licking County.

IT IS FURTHER ORDERED by the court, effective September 20, 1988, that the Board of Elections of Licking County certify the results of its count to this court by 5:00 p.m. on Thursday, September 22, 1988.

**88-1336.** State v. Ely. *Hamilton County,* No. C-870255. On motion for appeal bond and on motion to strike. Motions denied. Alternative motion for extension of time granted. Appellee granted thirty days to file memorandum.

## REHEARING DOCKET

**87-757.** State, ex rel. Natl. Broadcasting Co., v. Cleveland. *Cuyahoga County,* No. 52337. Reported at 38 Ohio St. 3d 79, 526 N.E. 2d 786. On motion for rehearing. Rehearing denied.

H. Brown, J., not participating.

On motions for leave to file *amicus* of the Ohio State Highway Patrol and the city of Columbus. Motions denied.

H. Brown, J., not participating.